IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
Civil No. 1:14CV207-RLV

RUTH SHERLIN, )
    Plaintiff, )
)
v. )
)
CAROLYN W. COLVIN, )
**Acting Commissioner of Social Security,** )
    **Defendant.** )

## ORDER

**UPON CONSIDERATION** of the Defendant's Motion for Entry of Judgment With Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g), Plaintiff's consent to that motion, and the entire record in this case, it is by the Court this 6th day of February, 2015, hereby

**ORDERED**, that the final decision of the Commissioner is reversed and that this matter is hereby **REMANDED** to the Commissioner for further proceedings, pursuant to sentence four of section 405(g) of the Social Security Act, 42 U.S.C. § 405(g).

Richard L. Voorhees
United States District Judge